**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Petters Group Worldwide, LLC,
and Thomas J. Petters,

   Plaintiffs,

v.

Mark Miller,

   Defendant.

File No. 05-2091 (JMR/FLN)

**ORDER OF DISMISSAL
WITH PREJUDICE**

Based upon the parties' Stipulation of Dismissal with Prejudice filed as Document Number 22,

IT IS HEREBY ORDERED that all claims and counterclaims asserted by the parties in the above-captioned matter are dismissed with prejudice and without costs or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:  April 13, 2007     s/James M. Rosenbaum
               James M. Rosenbaum
               Chief Judge, United States District Court